[Stallworth v. The State.]

# Stallworth v. The State.

*Indictment for Assault with Intent to Murder.*

1. *Motion to retax costs; exception must appear in bill of exceptions.*—The ruling of a trial court on a motion to retax the costs is not subject to review on appeal, unless properly presented by bill of exceptions, and if the bill of exceptions fails to show an exception was reserved to the action of the court in overruling the motion, such question will not be considered on appeal.

APPEAL from the Circuit Court of Wilcox.

Tried before the Hon. JOHN MOORE.

The appellant in this case was indicted for an assault with intent to murder, was convicted for an assault and battery with a weapon. After the judgment of conviction was pronounced there was a motion made to retax the costs. This motion appears in the bill of exceptions, as well as in the record, but there is in the bill of exceptions no exception reserved to the ruling of the court in overruling said motion. The overruling of the motion to retax the costs is the only question presented on the present appeal.

MILLER & BONNER, for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

DOWDELL, J.—The ruling by the court on a motion to retax the costs is not subject to review on appeal unless properly presented by bill of exceptions. The bill of exceptions in this case fails to show that any exception was reserved to the action of the court in overruling the motion, and, therefore, cannot be here assigned as error.

This being the only question presented on this appeal, the judgment of the circuit court must be affirmed.